ACCEPTED
14-15-00702-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/4/2015 5:45:41 PM
CHRISTOPHER PRINE
CLERK

**Case No. 2009-71319**

| | | |
|---|---|---|
| METRO HOSPITALITY MANAGEMENT L.L.C., SHABAHRAM YAZDANI- BEIOKY, & METRO HOSPITALITY PARTNERS, LTD. | § § § § § | IN THE DISTRICT COURT OF FILED IN 14th COURT OF APPEALS HOUSTON, TEXAS 9/4/2015 5:45:41 PM CHRISTOPHER A. PRINE Clerk |
| PLAINTIFFS | § § | HARRIS COUNTY, TEXAS |
| VS. | § § | |
| ABDEE SHARIFAN | § § § | 333**RD** JUDICIAL DISTRICT |
| DEFENDANT | § | |

**CONSOLIDATED WITH**
**Case No. 2009-79757**

| | | |
|---|---|---|
| ABDEE SHARIFAN | § | IN THE DISTRICT COURT OF |
| PLAINTIFF | § § | |
| VS | § § | |
| SHABAHRAM YAZDANI-BEIOKY, METRO HOSPITALITY MANAGEMENT, L.L.C. AND J.M.LITTLE | § § § § § | HARRIS COUNTY, TEXAS |
| DEFENDANTS | § § | 333**RD** JUDICIAL DISTRICT |

_____
**NOTICE OF ABDEE SHARIFAN'S CROSS APPEAL**
_____

Notice is hereby given of Defendant Abdee Sharifan's Cross Appeal of the Amended Final Judgment to the First or Fourteenth District Court of Appeals.

1. The party that wishes to file this appeal is Abdee Sharifan.

2. On May 29, 2015, an Amended Final Judgment was signed by the 333rd Judicial District Court, Harris County, Texas. *See* said judgement attached as Exhibit A.

3. This is a cross appeal related to the Plaintiff, Shabahram Yazdani-Beioky's appeal filed on July 28, 2015, which we are not yet aware it has been assigned to either the First or Fourteenth Court of Appeals.

1

Respectfully submitted,

**THE KELLEY LAW FIRM**

By: _/s/: Lloyd E. Kelley_____
        LLOYD E. KELLEY
        State Bar No. 11203180
        2726 Bissonnet Ste 240 PMB 12
        Houston, Texas 77005
        Phone: 281-492-7766
        Fax: 281-652-5973

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to Plaintiffs' counsel on this the 13th day of August 2015.

        _____/s/: Lloyd E. Kelley_____
        **LLOYD E. KELLEY**

John Dagley
jdagley@chd-law.com

Richard Hogan
rhogan@hoganfirm.com

Mike O'Brien
mike@moblaw.com